Lynch Family Holdings LLC currently does not have a balance sheet, statement of operations, cash-flow statement, or federal income tax return.

Regards,

By: _____/William Lynch III/_____
         Authorized Signatory

Date: February 6, 2024